

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-18-00311-CV
_____

IN RE JOHN VILLARREAL, RELATOR

Original Proceeding
Arising From Proceedings Before the 237th District Court
Lubbock County, Texas
Trial Court No. 2017-525,126; Honorable Les Hatch, Presiding

August 28, 2018

MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Relator, John Villarreal, has filed a *Motion to Withdraw Petition for Writ of Mandamus* which he filed on August 16, 2018. Without passing on the merits of Relator's petition, we grant the motion and dismiss the petition. Having dismissed the petition at Relator's request, no motion for rehearing will be entertained.

Per Curiam